

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,035-01

### EX PARTE SPENCER SAI MENG HOH, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W219-81908-2021-HC IN THE 219TH DISTRICT COURT FROM COLLIN COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of manslaughter and sentenced to twelve years' imprisonment. The judgment included an affirmative deadly weapon finding. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his plea was involuntary because he did not intend to plead guilty to the use of a deadly weapon. Defense counsel and the prosecutor agree that they expressly excluded a deadly weapon finding from this case as part of the plea bargain. Further, the trial judge did not pronounce a deadly weapon finding in this case during the plea hearing. Based on the record, the trial court has determined that the deadly weapon finding was not part of the negotiated plea and was

erroneously included in the judgment.

Relief is granted. We order that the affirmative finding in cause number 219-81908-2021 in the 219th District Court of Collin County be deleted from the judgment. Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: November 27, 2024
Do not publish